IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANASTAZIA HURYAN                          *
5365 SE 52nd Avenue
Stuart, Florida 34997                     *

        Plaintiff,                 *

    vs.                                  * Case No.:_____

Rowena Conway                             *
1111 Wildwood Lane
Churchton, Maryland 20733                 *

        Defendant.                 *

*    *    *    *    *    *    *    *    *    *    *    *    *

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Anastazia Huryan, by undersigned counsel, hereby files this Complaint against Rowena Conway, Defendant herein, and alleges as follows:

## I. JURISDICTION AND VENUE

1. Plaintiff invokes the jurisdiction of this Court pursuant 28 U.S.C. § 1332.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a).

3. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

## II. PARTIES

4. Anastazia Huryan ("Huryan") is a citizen of the State of State of Florida with a residence at 5365 SE 52nd Avenue, Stuart,

Florida 34997.   At all times relevant to this Complaint, Huryan resided at 1111 Wildwood Lane, Churchton, Maryland 20733.

5.    Rowena Conway ("Conway") is a citizen of the State of Maryland with a residence in Anne Arundel County at 1111 Wildwood Lane, Churchton, Maryland 20733. At all times relevant to this Complaint, Conway was the owner and/or lessor of the property known as 1111 Wildwood Lane, Churchton, Maryland 20733.

## III. FACTS

6.    On or about January 22, 2025, Huryan was renting a room at the property known as 1111 Wildwood Lane, Churchton, Maryland 20733 ("Premises"). At approximately 5:00 p.m. on January 22, 2025, Huryan exited the Premises and began walking down the driveway.

7.    As Huryan proceeded down the driveway, she slipped on ice causing her to fall to the ground and sustain profound and painful injuries to her hip, pelvis, back, shoulder, and body. As a result of the injuries sustained, Huryan was forced to incur substantial medical bills and miss time from work. As of the date of the filing of this Complaint, Huryan is still experiencing pain and discomfort as a result of the injuries she sustained on January 22, 2025 and may be in need of future medical care.

8.    At all times prior to her fall, Huryan maintained a proper and vigilant outlook as she proceeded down the driveway, and her actions in no way contributed to her fall. To the contrary,

Huryan's injuries were solely the result of the unreasonable acts and omissions of Defendant, Conway.

9.    Prior to this accident, Conway had knowledge and notice that ice existed on the driveway where Huryan fell. Notwithstanding said knowledge and notice Conway failed to take reasonable actions to (1) prevent the formation of ice in areas in which they knew or should have known pedestrians would be walking, (2) properly clear the accumulated ice from the driveway, and/or (3) warn Huryan, and others lawfully on the premises, of the dangerous condition which existed at the time of Huryan's fall.

## COUNT I
### (Negligence)

10.    Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-9.

11.    Conway, at all times material to this Complaint, was the owner and/or lessor of the property known as 1111 Wildwood Lane, Churchton, Maryland 20733. As such, Conway owed a duty to Huryan, and all invitees who were lawfully on the premises, to (1) divert Huryan, and all pedestrians lawfully on the premises, away from those portions of the driveway that were in a hazardous condition, (2) to properly maintain the driveway in a manner suitable for pedestrian traffic, and/or (3) warn Huryan, and all pedestrians lawfully on the premises, of the dangerous condition.

3

12.   On or about January 22, 2025, Conway breached the duties of care she owed to Huryan by failing to (1) divert her from the portion of the driveway where she fell; (2) maintain the drivwayin a manner that was suitable for pedestrian traffic; and/or (3) warn Huryan, and other pedestrians lawfully on the premises, of the dangerous condition of which she knew or should have known existed as of the time of Huryan's accident.

13.   As a result of Conway's breaches of the duties of care owed to Huryan, Huryan sustained substantial damages.

WHEREFORE, Plaintiff, Anastazia Huryan, prays that the Court enter judgment in her favor and against Defendant, Rowena Conway, for compensatory damages in excess of $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

Thomas C. Costello (Fed. Bar No. 22978)
Matthew T. Holley (Fed Bar No. 19001)
Costello Law Group
100 West Pennsylvania Avenue
Suite 100
Towson, Maryland 21204
(410) 832-8800
tcc@costellolawgroup.com
mth@costellolawgroup.com

Attorneys for Plaintiff,
Anastazia Huryan

4

## JURY TRIAL DEMANDED

Plaintiffs hereby demand and request that all claims, actions and causes of action set forth herein be tried before a jury.

_____
Matthew T. Holley